United States Bankruptcy Court
Northern District of Ohio

In re:  
Steven Shawver  
Mary Shawver  
    Debtors

Case No. 04-23207-aih  
Chapter 13

## CERTIFICATE OF NOTICE

| District/off: 0647-1 | User: nbrow | Page 1 of 1 | Date Rcvd: Jul 05, 2016 |
|---|---|---|---|
| | Form ID: 140 | Total Noticed: 1 | |

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 07, 2016.
cr         CITICAPITAL,   P.O. Box 7247-0322,   Philadelphia, PA  13170-0322

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.   TOTAL: 0

     ***** BYPASSED RECIPIENTS *****
NONE.   TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 07, 2016        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 5, 2016 at the address(es) listed below:
      Christopher Michael Wall   cwall@ncmllc.com
      Craig H Shopneck   ch13shopneck@ch13cleve.com,  cshopneck13@ecf.epiqsystems.com
      Edward J. Boll, III   on behalf of Creditor   Bank of America, N.A. nohbk@lsrlaw.com
      Hilary B Bonial   on behalf of Creditor   Bank of America notice@bkcylaw.com
      Kim Sherrie Sawyer   on behalf of Creditor   CITICAPITAL data@tlsgltd.com
      Lindsey I. Hall   on behalf of Creditor   Citicorp Vendor Finance, Inc. ndohbky@jbandr.com
      Richard S. Ralston   on behalf of Creditor   B-First, LLC chapter-13@w-legal.com,
       angelan@w-legal.com
      Steven S Davis   on behalf of Debtor Steven  Shawver sdavis@daviscolpa.com
      Steven S Davis   on behalf of Debtor Mary  Shawver sdavis@daviscolpa.com
                    TOTAL: 9

# United States Bankruptcy Court
## Northern District Of Ohio
### Notice of Filing Deficiency

**To:** Kim Sawyer  **Case Number:** 04–23207–aih

**Debtor(s):** Steven Shawver  **Judge:** ARTHUR I HARRIS
Mary Shawver

**The items marked below are deficient and must be corrected by July 12, 2016, or this matter may be referred to the Judge for further consideration.**

☐ Adversary filing incomplete. Need ☐ Cover Page/Worksheet ☐ Request for Summons ☐ See Comments.

☐ Affidavit needs: ☐ notary seal/stamp/commission expiration ☐ signature ☐ county/state

☐ Attachments/Exhibits: ☐ not filed ☐ incorrect or not relevant to filing

☐ Attorney name block is missing, or does not include attorney's full name, firm, address, telephone number, and attorney registration number.

☐ Case: ☐ closed ☐ dismissed ☐ transferred

☐ Certificate of Service indicating name, address of parties served, and the date of service was not filed.

☐ Document: ☐ case# incorrect ☐ caption incorrect ☐ Judge incorrect

☐ ECF event used is incorrect. ☐ Resubmit the document using the correct code. See the ECF <u>Search</u> Menu.

☐ Employee income records and/or proof of no income received 60 days preceding case filing were not filed.

☐ Fee due in the amount of $ ☐ Fee deleted by the filer. Resubmit the pleading and pay the fee.

☐ Form B121 required.

☐ Hearing: ☐ notice not filed ☐ time, date, and/or location are incorrect

☐ Installment Application: ☐ dates incorrect ☐ fee incorrect ☐ exceeds 120 day limit

☐ Official Form B423 must be filed, or the case may be closed without the discharge order.

☐ Order Regarding:

☐ Petition: ☐ incorrect Official Form ☐ missing document(s):

☐ Petition for Unclaimed Funds does not comply with LBR 3011–1. Please reference the LBR for guidelines.

  ☐ Proof of deposit is not attached to the petition (e.g., copy of receipt and attached list of parties entitled to funds; unclaimed funds search web page; or other supporting documents).

  ☐ Exhibit A is not attached ☐ Full Tax ID/Social Security Number is not attached to Exhibit A

  ☐ incorrect identification

☐ Signature Declaration missing.

☐ Signature must be:   ☐ original   ☐ /S/ signature for   ☐ attorney   ☐ debtor   ☐ creditor

☐ Other Deficient Matter(s):

**Comments/Instructions**
Exhibit A along with copy of fees requested and I.D. must be filed.

**Deputy Clerk: /s/N Brown    Date:** July 5, 2016

**Form:** ohnb140